# EXHIBIT "A"

Dariush G. Adli, Esq. (SBN 204959)
adli@adlilaw.com
Datev 'Dave' Shenian, Esq. (SBN 166705)
dave.shenian@adlilaw.com
ADLI LAW GROUP, P.C.
444 South Flower St., Suite 3100
Los Angeles, California 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Plaintiff

**FILED**
Superior Court of California
County of Los Angeles

FEB 24 2016

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Judi Lara

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF LOS ANGELES

BC 611509

| 4MODA CORP., a California corporation, d/b/a Elegant 4U, | Case No. |
|---|---|
| *Plaintiff*, | Unlimited Jurisdiction |
| v. | **PLAINTIFF'S COMPLAINT FOR** |
| SAIA MOTOR FREIGHT LINE, LLC, a Louisiana limited liability company; and DOES 1 through 10, inclusive, | 1. **BREACH OF CONTRACT** 2. **MONEY HAD AND RECEIVED** 3. **UNJUST ENRICHMENT** |
| *Defendants*. | |

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

COMPLAINT FOR BREACH OF CONTRACT

1784.202

Plaintiff 4MODA CORP., a California corporation d/b/a Elegant 4U ("PLAINTIFF" or "4Moda") complains of Defendant SAIA MOTOR FREIGHT LINE, LLC ("DEFENDANT" or "SAIA") and DOES 1 through 10, inclusive, and each of them, and alleges as follows:

### PRELIMINARY ALLEGATIONS

1.      At all times herein mentioned, Plaintiff 4Moda was and is a corporation formed in California with its principal place of business in the city of Los Angeles, State of California.

2.      The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants Does 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues the Defendants by such fictitious names. Plaintiff is informed and believes and based thereon alleges that each of the Defendants designated herein as a fictitiously named Defendant is in some manner responsible for the events and happenings herein referred to, either contractually or tortuously, and caused the damage to the Plaintiff as herein alleged. When Plaintiff ascertains the true names and capacities of DOES 1 through 10, inclusive, it will ask leave of this court to amend its Complaint by setting forth the same.

3.      Plaintiff is informed and believes and thereupon alleges that at all times relevant herein, Defendant SAIA MOTOR FREIGHT LINE, LLC. ("Defendant" or "SAIA") was and now is a limited liability company formed in the state of Louisiana with its principle place of business in the State of Georgia, city of Johns Creek. Plaintiff is informed and believes and thereupon alleges that at all times relevant herein, SAIA has maintained offices in the County of Los Angeles, city of Vernon, California through which location it serviced Plaintiff. Plaintiff is further informed and believes and thereupon alleges that SAIA is registered with the State of California as a limited liability company for the purpose of operating in California.

4.      Plaintiff is informed and believes and thereupon alleges that any contract between the parties was entered into in Los Angeles, California. Plaintiff is informed and believes and thereupon alleges that the services were to be performed within the above-entitled judicial district, SAIA operated at all relevant times within this district and therefore this is the proper court for the trial of this action.

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

1

COMPLAINT FOR BREACH OF CONTRACT

1784.202

5. Plaintiff is informed and believes and thereupon alleges that at all times herein mentioned, each of the Defendants named in the caption of this Complaint, which is incorporated herein by this reference, was or is the agent, servant and employee of each of the other Defendants, and all of the things alleged to have been done by the Defendants were done in the capacity of all and as agent of the other Defendants.

**FIRST CAUSE OF ACTION**

*(Breach of Contract Against Defendants)*

6. In or about November, 2014, Plaintiff entered into discussions and negotiations with representatives of SAIA to utilize its shipping services to ship and deliver Plaintiff's merchandise to customers throughout western states. The parties agreed that Defendants would render shipping services in a timely and competent manner and would then invoice 4Moda for shipments made on Plaintiff's behalf. ("Agreement"). Pursuant to this Agreement, Plaintiff did utilize Defendants' shipping services.

7. From the period of November 2014 through July 2015, Defendants invoiced Plaintiff for various shipments but many of shipments were charged at a higher rate than Defendants' price sheet. In total, the discrepancies total at least $30,000.00.

8. Furthermore, Defendants failed to competently and in a commercially reasonable manner ship Plaintiff's merchandise in several dozen orders, resulting in damaged merchandise, Plaintiff's refund of the purchase price and/or delivery charges, loss of sales or customers or other financial damage. Accordingly, Defendants materially breached the Agreement.

9. Plaintiff timely submitted claims to Defendants for credit or refund of the amounts paid to Defendants in connection with damaged shipments, but Defendants only credited a fraction of the claims.

10. Defendants, and each of them, are in default of their obligations by failing to refund or credit Plaintiff. Accordingly, there is now due and owing to Plaintiff from Defendants a total balance of at least $55,000, which amount does not include interest that Plaintiff prays to recover herein at the legal rate.

2

COMPLAINT FOR BREACH OF CONTRACT

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

1784.202

11.     The sum is immediately due and payable, and Plaintiff intends by this Complaint to make and hereby makes, immediate demand for payment at once of the principal sum plus accrued interest at the legal rate.

12.     Plaintiff has performed all conditions precedent on its part required to be performed.

## SECOND CAUSE OF ACTION

*(Money Had and Received Against All Defendants)*

13.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 12 and by reference thereto incorporates the same herein as if set forth in full.

14.     Within four years last past, Defendants became indebted to Plaintiff in writing in the sum of at least $55,000 for money expended for the benefit of Defendants by Plaintiff at Defendants' request.

15.     No part of the sum has been paid, although payment has been demanded, and there is now due, owing and unpaid from Defendants the principal sum of at least $55,000 plus interest thereon at the legal rate according to proof.

16.     Plaintiff has duly performed all the conditions precedent on its part required to be performed.

## THIRD CAUSE OF ACTION

*(Unjust Enrichment against All Defendants)*

17.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 16 and by reference thereto incorporates the same herein as if set forth in full.

18.     Defendants will be unjustly enriched to Plaintiff's damage in the event Plaintiff is not compensated for moneys paid in connection with Defendants' services that were overcharged, incompetent, and/or in breach of its obligations to perform in a commercially reasonable manner.

COMPLAINT FOR BREACH OF CONTRACT

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, jointly and severally, as follows:

### AS TO THE FIRST CAUSE OF ACTION:

1.    For an award of all compensatory and general damages incurred by Plaintiff, according to proof at trial, together with interest thereon at the legal rate;

2.    For consequential and/or special damages according to proof;

### AS TO THE SECOND CAUSE OF ACTION:

3.    For an award of all compensatory and general damages incurred by Plaintiff, according to proof at trial, together with interest thereon at the legal rate;

4.    For consequential and/or special damages according to proof;

### AS TO THE THIRD CAUSE OF ACTION:

5.    For an award of all compensatory and general damages incurred by Plaintiff, according to proof at trial, together with interest thereon at the legal rate;

6.    For consequential and/or special damages according to proof;

### AS TO ALL CAUSES OF ACTION:

7.    For costs of suit herein incurred;

8.    For all other and further relief as this Court deems just and proper.

ADLI LAW GROUP, P.C.

Dated: February 24, 2016                By:
Dariush G. Adli, Esq.
Datev 'Dave' Shenian, Esq.
*Attorneys for Plaintiff*

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

4

COMPLAINT FOR BREACH OF CONTRACT

## DEMAND FOR JURY TRIAL

Plaintiff 4Moda hereby demands a trial by jury on all claims.

ADLI LAW GROUP, P.C.

Dated: February 24, 2016

By: _____
Dariush G. Adli, Esq.
Datev 'Dave' Shenian, Esq.
*Attorneys for Plaintiff*

5

COMPLAINT FOR BREACH OF CONTRACT

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Dariush G. Adli, Esq. (SBN 204959)<br>Datev 'Dave' Shenian, Esq. (SBN 166705)<br>ADLI LAW GROUP, P.C.<br>444 South Flower St., Suite 3100, Los Angeles, California 90071<br>TELEPHONE NO.: (213) 623-6546   FAX NO.: (213) 623-6554<br>ATTORNEY FOR (Name): Plaintiff 4MODA CORP | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>FEB 24 2016<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____, Deputy<br>Judi Lara |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
4MODA CORP v. SAIA MOTOR FREIGHT LINE, LLC

| CIVIL CASE COVER SHEET<br>[✓] Unlimited  [ ] Limited<br>(Amount       (Amount<br>demanded      demanded is<br>exceeds $25,000)  $25,000 or less) | Complex Case Designation<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>BC 611509<br><br>JUDGE:<br><br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[✓] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties        d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts
          issues that will be time-consuming to resolve                 in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence          f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify): 3
5. This case [ ] is [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: February 24, 2016
Datev 'Dave' Shenian
_____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
   Auto (22)–Personal Injury/Property Damage/Wrongful Death
   Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   Asbestos (04)
      Asbestos Property Damage
      Asbestos Personal Injury/Wrongful Death
   Product Liability (*not asbestos or toxic/environmental*) (24)
   Medical Malpractice (45)
      Medical Malpractice–Physicians & Surgeons
      Other Professional Health Care Malpractice
   Other PI/PD/WD (23)
      Premises Liability (e.g., slip and fall)
      Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
      Intentional Infliction of Emotional Distress
      Negligent Infliction of Emotional Distress
      Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
   Business Tort/Unfair Business Practice (07)
   Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
   Defamation (e.g., slander, libel) (13)
   Fraud (16)
   Intellectual Property (19)
   Professional Negligence (25)
      Legal Malpractice
      Other Professional Malpractice (*not medical or legal*)
   Other Non-PI/PD/WD Tort (35)
**Employment**
   Wrongful Termination (36)
   Other Employment (15)

**Contract**
   Breach of Contract/Warranty (06)
      Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
      Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
      Negligent Breach of Contract/Warranty
      Other Breach of Contract/Warranty
   Collections (e.g., money owed, open book accounts) (09)
      Collection Case–Seller Plaintiff
      Other Promissory Note/Collections Case
   Insurance Coverage (*not provisionally complex*) (18)
      Auto Subrogation
      Other Coverage
   Other Contract (37)
      Contractual Fraud
      Other Contract Dispute
**Real Property**
   Eminent Domain/Inverse Condemnation (14)
   Wrongful Eviction (33)
   Other Real Property (e.g., quiet title) (26)
      Writ of Possession of Real Property
      Mortgage Foreclosure
      Quiet Title
      Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)
**Unlawful Detainer**
   Commercial (31)
   Residential (32)
   Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)
**Judicial Review**
   Asset Forfeiture (05)
   Petition Re: Arbitration Award (11)
   Writ of Mandate (02)
      Writ–Administrative Mandamus
      Writ–Mandamus on Limited Court Case Matter
      Writ–Other Limited Court Case Review
   Other Judicial Review (39)
      Review of Health Officer Order
      Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
   Antitrust/Trade Regulation (03)
   Construction Defect (10)
   Claims Involving Mass Tort (40)
   Securities Litigation (28)
   Environmental/Toxic Tort (30)
   Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)
**Enforcement of Judgment**
   Enforcement of Judgment (20)
      Abstract of Judgment (Out of County)
      Confession of Judgment (*non-domestic relations*)
      Sister State Judgment
      Administrative Agency Award (*not unpaid taxes*)
      Petition/Certification of Entry of Judgment on Unpaid Taxes
      Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
   RICO (27)
   Other Complaint (*not specified above*) (42)
      Declaratory Relief Only
      Injunctive Relief Only (*non-harassment*)
      Mechanics Lien
      Other Commercial Complaint Case (*non-tort/non-complex*)
      Other Civil Complaint (*non-tort/non-complex*)
**Miscellaneous Civil Petition**
   Partnership and Corporate Governance (21)
   Other Petition (*not specified above*) (43)
      Civil Harassment
      Workplace Violence
      Elder/Dependent Adult Abuse
      Election Contest
      Petition for Name Change
      Petition for Relief From Late Claim
      Other Civil Petition

---

CM-010 [Rev. July 1, 2007]               **CIVIL CASE COVER SHEET**                              Page 2 of 2

| SHORT TITLE: 4MODA CORP v. SAIA MOTOR FREIGHT LINE, LLC | CASE NUMBER BC 6 1 1 5 0 9 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.**

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ✓YES     CLASS ACTION? YES  LIMITED CASE? YES  TIME ESTIMATED FOR TRIAL 3-5     HOURS/✓DAYS

**Item II. Indicate** the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.3.

### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office
11. Mandatory Filing Location (Hub Case)

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|
| Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| Asbestos (04) | ☐ A6070  Asbestos Property Damage<br>☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2.<br>2. |
| Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons<br>☐ A7240  Other Professional Health Care Malpractice | 1., 4.<br>1., 4. |
| Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall)<br>☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270  Intentional Infliction of Emotional Distress<br>☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4.<br>1., 4.<br>1., 3.<br>1., 4. |

*Auto Tort*

*Other Personal Injury/Property Damage/Wrongful Death Tort*

LACIV 109 (Rev 3/15)
LASC Approved 03-04
**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**
Local Rule 2.3
Page 1 of 4

| SHORT TITLE: 4MODA CORP v. SAIA MOTOR FREIGHT LINE, LLC | CASE NUMBER |
|---|---|

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C** Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice<br>☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3.<br>1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2.,3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case<br>☐ A6109  Labor Commissioner Appeals | 1., 2., 3.<br>10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)<br>☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence)<br>☐ A6019  Negligent Breach of Contract/Warranty (no fraud)<br>☑ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 2., 5.<br>2., 5.<br>1., 2., 5.<br>1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff<br>☐ A6012  Other Promissory Note/Collections Case<br>☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 2., 5., 6, 11<br>2., 5, 11<br>5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud<br>☐ A6031  Tortious Interference<br>☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 5.<br>1., 2., 3., 5.<br>1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation        Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure<br>☐ A6032  Quiet Title<br>☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6.<br>2., 6.<br>2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer- Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

| SHORT TITLE: 4MODA CORP v. SAIA MOTOR FREIGHT LINE, LLC | CASE NUMBER |
|---|---|

| **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C** Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|
| Asset Forfeiture (05) | ☐ A6108   Asset Forfeiture Case | 2., 6. |
| Petition re Arbitration (11) | ☐ A6115   Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| Writ of Mandate (02) | ☐ A6151   Writ - Administrative Mandamus | 2., 8. |
| | ☐ A6152   Writ - Mandamus on Limited Court Case Matter | 2. |
| | ☐ A6153   Writ - Other Limited Court Case Review | 2. |
| Other Judicial Review (39) | ☐ A6150   Other Writ /Judicial Review | 2., 8. |
| Antitrust/Trade Regulation (03) | ☐ A6003   Antitrust/Trade Regulation | 1., 2., 8. |
| Construction Defect (10) | ☐ A6007   Construction Defect | 1., 2., 3. |
| Claims Involving Mass Tort (40) | ☐ A6006   Claims Involving Mass Tort | 1., 2., 8. |
| Securities Litigation (28) | ☐ A6035   Securities Litigation Case | 1., 2., 8. |
| Toxic Tort<br>Environmental (30) | ☐ A6036   Toxic Tort/Environmental | 1., 2., 3., 8. |
| Insurance Coverage Claims from Complex Case (41) | ☐ A6014   Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| Enforcement<br>of Judgment (20) | ☐ A6141   Sister State Judgment | 2., 9. |
| | ☐ A6160   Abstract of Judgment | 2., 6. |
| | ☐ A6107   Confession of Judgment (non-domestic relations) | 2., 9. |
| | ☐ A6140   Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | ☐ A6114   Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | ☐ A6112   Other Enforcement of Judgment Case | 2., 8., 9. |
| RICO (27) | ☐ A6033   Racketeering (RICO) Case | 1., 2., 8. |
| Other Complaints<br>(Not Specified Above) (42) | ☐ A6030   Declaratory Relief Only | 1., 2., 8. |
| | ☐ A6040   Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | ☐ A6011   Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | ☐ A6000   Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| Partnership Corporation Governance (21) | ☐ A6113   Partnership and Corporate Governance Case | 2., 8. |
| Other Petitions (Not Specified Above) (43) | ☐ A6121   Civil Harassment | 2., 3., 9. |
| | ☐ A6123   Workplace Harassment | 2., 3., 9. |
| | ☐ A6124   Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | ☐ A6190   Election Contest | 2. |
| | ☐ A6110   Petition for Change of Name | 2., 7. |
| | ☐ A6170   Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | ☐ A6100   Other Civil Petition | 2., 9. |

Judicial Review

Provisionally Complex Litigation

Enforcement of Judgment

Miscellaneous Civil Complaints

Miscellaneous Civil Petitions

| SHORT TITLE: 4MODA CORP v. SAIA MOTOR FREIGHT LINE, LLC | CASE NUMBER |
|---|---|

**Item III.** Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON:  Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.<br><br>☐ 1. ☒ 2. ☐ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7.  ☐ 8. ☐ 9. ☐ 10. ☐ 11. | ADDRESS:<br>3301 Leonis Blvd. |
|---|---|

| CITY: Vernon | STATE: CA | ZIP CODE: 90058 | |
|---|---|---|---|

**Item IV.** *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the Stanley Mosk_____ courthouse in the Central_____District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.3, subd.(a).

Dated: 02/24/2016_____

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/15).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.