EXHIBIT "C"

**POS-010**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*<br>DARIUSH G. ADLI, ESQ. \| SBN: 204959<br>ADLI LAW GROUP, PC<br>444 SOUTH FLOWER STREET, SUITE 3100<br>LOS ANGELES, CA 90071<br>TELEPHONE NO.: (213) 623-6546 \| FAX NO. (213) 623-6554 \| E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff: | **FOR COURT USE ONLY**<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>MAR 11 2016<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____ Deputy<br>Raul Sanchez |

| |
|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>STREET ADDRESS: 111 NORTH HILL STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: STANLEY MOSK COURTHOUSE |

| | |
|---|---|
| **PLAINTIFF/PETITIONER:** 4MODA CORP., ETC.<br><br>**DEFENDANT/RESPONDENT:** SAIA MOTOR FREIGHT LINE, LLC, ETC. | **CASE NUMBER:**<br>BC611509 |
| **PROOF OF SERVICE OF SUMMONS** | **Ref. No. or File No.:**<br>1784.202 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☒ Summons
   b. ☒ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☒ other *(specify documents):* CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE; VOLUNTARY EFFICIENT LITIGATION STIPULATIONS

3. a. Party served *(specify name of party as shown on documents served):*
   **SAIA MOTOR FREIGHT LINE, LLC, A LOUISIANA LIMITED LIABILITY COMPANY**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **ALBERTO HOLGUIN - AGENT FOR SERVICE OF PROCESS**

4. Address where the party was served: **2550 EAST 28TH STREET**
   **LOS ANGELES, CA 90011**

5. I served the party *(check proper box)*

   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 03/03/2016   (2) at *(time):* 10:55 am

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/832241CH** |

| PETITIONER: 4MODA CORP., ETC. | CASE NUMBER: |
|---|---|
| RESPONDENT: SAIA MOTOR FREIGHT LINE, LLC, ETC. | BC611509 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

　　(1) on (date):　　　　　　　　　　　　　　(2) from (city):

　　(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

　　(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** (specify means of service and authorizing code section):

　　☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

　a. ☐ as an individual defendant.

　b. ☐ as the person sued under the fictitious name of (specify):

　c. ☐ as occupant.

　d. ☒ On behalf of (specify): **SAIA MOTOR FREIGHT LINE, LLC, A LOUISIANA LIMITED LIABILITY COMPANY**

　　under the following Code of Civil Procedure section:

|  |  |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
|  | ☒ other: **A LOUISIANA LIMITED LIABILITY COMPANY** |

7. **Person who served papers**

　a. Name: **ROBERTO FLORES C/O Nationwide Legal, LLC (12-234648)**

　b. Address: **1609 James M. Wood Blvd., 2nd Fl  Los Angeles, CA 90015**

　c. Telephone number: **(213) 249-9999**

　d. **The fee** for service was:

　e. I am:

　　(1) ☐ not a registered California process server.

　　(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

　　(3) ☒ registered California process server:

　　　(i) ☐ owner　　☐ employee　　☒ **independent contractor.**

　　　(ii) Registration No.: **6000**

　　　(iii) County: **LOS ANGELES**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

　or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **03/04/2016**

**Nationwide Legal, LLC (12-234648)**
**1609 James M. Wood Blvd., 2nd Fl**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

**ROBERTO FLORES**

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *Roberto Flores*

(SIGNATURE)