# EXHIBIT "D"

ORIGINAL

Dariush G. Adli, Esq. (SBN 204959)
adli@adlilaw.com
Datev 'Dave' Shenian, Esq. (SBN 166705)
dave.shenian@adlilaw.com
ADLI LAW GROUP, P.C.
444 South Flower St., Suite 3100
Los Angeles, California 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Plaintiff

FILED
Superior Court of California
County of Los Angeles

MAR 1 5 2016

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Cristina Grijalva

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| 4MODA CORP., a California corporation, d/b/a Elegant 4U, <br><br> *Plaintiff*, <br><br> v. <br><br> SAIA MOTOR FREIGHT LINE, LLC, a Louisiana limited liability company; and DOES 1 through 10, inclusive, <br><br> *Defendants*. | Case No. BC611509 <br><br> **PROOF OF SERVICE OF SUMMONS ON SAIA MOTOR FREIGHT LINE, LLC** <br><br> D45 |

PROOF OF SERVICE

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| DARIUSH G. ADLI, ESQ. | SBN: 204959<br>ADLI LAW GROUP, PC<br>444 SOUTH FLOWER STREET, SUITE 3100<br>LOS ANGELES, CA 90071<br>TELEPHONE NO.: (213) 623-6546 | FAX NO. (213) 623-6554 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

STREET ADDRESS: 111 NORTH HILL STREET

MAILING ADDRESS:

CITY AND ZIP CODE: LOS ANGELES, CA 90012

BRANCH NAME: STANLEY MOSK COURTHOUSE

| PLAINTIFF/PETITIONER: 4MODA CORP., ETC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SAIA MOTOR FREIGHT LINE, LLC, ETC. | BC611509 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>1784.202 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☒ Summons
   b. ☒ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☒ other *(specify documents)*: CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE; VOLUNTARY EFFICIENT LITIGATION STIPULATIONS

3. a. Party served *(specify name of party as shown on documents served)*:
   **SAIA MOTOR FREIGHT LINE, LLC, A LOUISIANA LIMITED LIABILITY COMPANY**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **ALBERTO HOLGUIN - AGENT FOR SERVICE OF PROCESS**

4. Address where the party was served: **2550 EAST 28TH STREET**
   **LOS ANGELES, CA 90011**

5. I served the party *(check proper box)*

   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **03/03/2016**    (2) at *(time)*: **10:55 am**

   b. ☐ **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:    from *(city)*:              **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2

Code of Civil Procedure, § 417.10

POS010-1/832241CH

| | |
|---|---|
| PETITIONER: 4MODA CORP., ETC.<br><br>RESPONDENT: SAIA MOTOR FREIGHT LINE, LLC, ETC. | CASE NUMBER:<br><br>BC611509 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                        (2) from  *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☒ On behalf of *(specify):* **SAIA MOTOR FREIGHT LINE, LLC, A LOUISIANA LIMITED LIABILITY COMPANY**

     under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☒ other: **A LOUISIANA LIMITED LIABILITY COMPANY** |

7. **Person who served papers**

  a. Name: **ROBERTO FLORES C/O Nationwide Legal, LLC (12-234648)**

  b. Address: **1609 James M. Wood Blvd., 2nd Fl  Los Angeles, CA 90015**

  c. Telephone number: **(213) 249-9999**

  d. **The fee** for service was:

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒ registered California process server:

      (i) ☐ **owner**      ☐ **employee**    ☒ **independent contractor.**

      (ii) Registration No.: **6000**

      (iii) County: **LOS ANGELES**

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   **or**

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **03/04/2016**

**Nationwide Legal, LLC (12-234648)**
**1609 James M. Wood Blvd., 2nd Fl**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

| | |
|---|---|
| **ROBERTO FLORES**<br>(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | ▶ *Roberto Flores*<br>(SIGNATURE) |