# EXHIBIT "E"

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

**4MODA Corp, a California corporation
d/b/a Elegant4U,**

               **Plaintiff,**

                                        **C.A. No.:**

    **vs.**

**SAIA Motor Freight Line, LLC, a
Louisiana limited liability company, and
Does 1 through 10, inclusive**

               **Defendants.**

<u>DECLARATION OF REBECCA PENNISON</u>

1.     My name is Rebecca Pennison.  I am more than 18 years of age and competent to make this declaration, which sets forth facts within my personal knowledge or that have been made known to me through a reasonable investigation.

2.     I am the Claims Manager for Saia Motor Freight Line, Inc. ("Saia") and have served in that capacity since approximately 2000.

3.     Saia is a motor carrier for hire transporting goods and general commodities in interstate commerce duly licensed, authorized and subject to the jurisdiction of the Surface Transportation Board.

4.     I am responsible for overseeing and managing cargo claims litigation in which Saia is involved.

1

5. In my capacity as Claims Manager I have received and reviewed a Complaint filed by Elegant 4U in the matter above-captioned, which seeks damages for loss or damage to certain freight consigned to Saia by Elegant 4U.

6. Between October 2014 and September 2015, Saia transported approximately 2,695 shipments for the account of Elegant 4U ("Elegant 4U"), the majority of which were interstate shipments originating in California and delivered to consignees in various other states.

7. Elegant 4U filed approximately 33 freight claims with Saia totaling $36,841.03 that arise out of loss, damage, or destruction of freight moving in these interstate shipments. Saia denied these claims for various reasons.

8. Based on my review of the Complaint filed by Elegant 4U in the above referenced matter, at least $36,841.03 of the damages Elegant 4U seeks arise out of the alleged loss, damage, or destruction of freight transported by Saia in interstate commerce.

I declare under penalty of perjury that the foregoing is, to the best of my knowledge, true and correct.

Rebecca Pennison