JS-6

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4MODA CORP., a California Corporation, d/b/a Elegant 4U,<br><br>      *Plaintiff*,<br><br>    v.<br><br>SAIA MOTOR FRIEGHT LINE, LLC, a Louisiana limited liability company, and DOES 1 through 10, inclusive,<br><br>      *Defendants*.<br>_____<br>SAIA MOTOR FRIEGHT LINE, LLC, a Louisiana limited liability company, and DOES 1 through 10, inclusive;<br><br>      *Counter-Claimant*,<br><br>    v.<br><br>4MODA CORP., a California Corporation, d/b/a Elegant 4U,<br><br>      *Counter-Defendant* | Case No. CV 16-2254-AB (FFMx)<br><br><br><br>~~**[PROPOSED]**~~ **ORDER** |

1856.203

~~[PROPOSED]~~ ORDER

1

## <u>ORDER</u>

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: <u>August 23, 2016</u>

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

1
[PROPOSED] ORDER

1856.203